

**ORDERED in the Southern District of Florida on March 17, 2015.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                               CASE NO.10-26196
Jose Luis Llimpe
Saima Lodhi-Llimpe
                    Debtor.
_____/

AGREED ORDER DENYING TRUSTEE'S MOTION TO DISMISS AND MODIFYING PLAN

THIS CASE came on to be heard on on the Trustee's Motion to Dismiss (ECF #56), and based on the record, it is ORDERED as follows:

1. The Motion to Dismiss is denied without prejudice.

2. The plan base shall increase by $1,000.00.  The debtors shall have until June 9, 2010 to pay the additional funds to the Chapter 13 Trustee.  If the debtors fail to timely pay the additional funds, the Trustee shall serve a "Notice of Delinquency" upon the debtor and the debtor's attorney. The debtor shall have 45 days from the date of the "Notice of Delinquency" to make all payments due under the Plan, including any payments that become due within the 45-day period. If the debtor is not current with plan payments on the 45th day after the date of the "Notice of Delinquency", the Trustee shall file and serve a report of non-compliance and the case will be dismissed without further notice or hearing. Dismissal shall be with prejudice to the debtor filing any new bankruptcy case in any federal bankruptcy court in the United States for a period of 180

days from entry of the order of dismissal.

* * *

        Submitted by
           NANCY K. NEIDICH, ESQUIRE
           STANDING CHAPTER 13 TRUSTEE
           P.O. BOX 279806
           MIRAMAR, FL 33027
           (954) 443-4402

NANCY K. NEIDICH, ESQ, Chapter 13 Trustee, is directed to mail a conformed copy of this Order to the debtor and debtor's attorney immediately upon receipt thereof.