UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
Jose Luis Llimpe                               Case No. 10-26196-LMI
Saima Lodhi-Llimpe                             Chapter 13
Debtors.
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COME NOW,** the Debtors, Jose Luis Llimpe and Saima Lodhi-Llimpe, by and through their undersigned counsel and file this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On June 9, 2010 the instant case was filed.

2. On November 24, 2010 Debtors' first amended chapter 13 plan ("confirmed plan") was confirmed.

3. On or about March 26, 2015 the Trustee reviewed the case and informed undersigned counsel of a scrivener's error in the confirmed plan.

4. Pursuant to the Order Granting Motion To Value and Determine Secured Status of Lien on Real Property [ECF #43], the second lien with Bank of America, N.A. (Loan No.: xxxx7741) on the Debtors' homestead was stripped off.

5. The Debtors also wished to remain current and pay directly outside the bankruptcy to their first mortgage, U.S. Bank Home Mortgage (Loan No.: xxxx4432).

6. The confirmed plan incorrectly states that U.S. Bank Home Mortgage was the lien that was stripped off and in "Other Provisions" that the Debtors were paying Bank of America outside the plan.

7. The Debtors desire to Modify their plan in order to clarify the scriveners

error transposing the two creditors.

8. The Debtors are concurrently filing a First Modified Plan to reflect that Bank of America, N.A. was stripped off as a second mortgage on the homestead and that U.S. Bank Home Mortgage was and is being paid outside the plan.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving Debtors' First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf and U.S. Mail this 3rd day of April 2015 to Nancy Neidich, Trustee and by U.S. Mail to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Streer
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez
    Robert Sanchez, Esq., FBN#0442161