**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **10-26196-LMI**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☒ \_\_\_\_1st\_\_\_\_ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Jose L. Llimpe                                    CO-DEBTOR: Saima Lodhi-Llimpe
Last Four Digits of SS# xxx-xx-4315             Last Four Digits of SS# xxx-xx-3075

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

  A.  $ 201.02 for months 1 to 57;
  B.  $ 183.33 for months 58 to 60;
  C.  $\_\_\_\_\_ for months \_\_\_\_ to \_\_\_\_ in order to pay the following creditors:

Administrative:    Attorney's Fee    $ 4,250.00    TOTAL PAID $ 2,500.00
                   Balance Due       $ 1,750.00    payable $ 30.70 month (Months 1 to 57)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. n/a                                    Arrearage on Petition Date $ \_\_\_\_\_
Address \_\_\_\_\_                          Arrears Payment $\_\_\_\_/month (Months \_\_ to \_\_)
                                          Arrears Payment $\_\_\_\_/month (Months \_\_ to \_\_)
                                          Regular Payment $\_\_\_\_/month (Months \_\_ to \_\_)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America, N.A.<br>Loan No. xxxx7741<br>Prop Add: 9061 SW 203rd Terrace<br>Miami, FL 33189 | Homestead Property<br>$69,930.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a _____          Total Due $\_\_\_\_\_
                              Payable $\_\_\_\_/month (Months \_\_ to \_\_)

Unsecured Creditors: Pay $ 32.40 month (Months 1 to 57). Pay $165.00/mo (Mos 58 to 60)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:). The debtors are paying U.S. Bank Home Mortgage (Loan No. xxxx4432) directly outside the plan. The debtors will provide copies of their income tax returns to the Chapter 13 Trustee on or before May 15 during the pendency of the plan. The debtors will amend schedules I and J and Modify the plan if necessary.

/s/ Robert Sanchez, Esq.                    /s/ Robert Sanchez, Esq.
Attorney for Debtor                         Attorney for Joint Debtor
Date: 04/03/2015                            Date: 04/03/2015