**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **10-26196-LMI**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☒ ____1st_____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Jose L. Llimpe                                CO-DEBTOR: Saima Lodhi-Llimpe
Last Four Digits of SS# xxx-xx-4315          Last Four Digits of SS# xxx-xx-3075

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

  A.   $ 201.02          for months __1__ to __57__ ;
  B.   $ 183.33          for months __58__ to __60__ ;
  C.   $_____        for months _____ to _____ in order to pay the following creditors:

Administrative:     Attorney's Fee   $ 4,250.00   TOTAL PAID $2,500.00
                    Balance Due      $ 1,750.00   payable $ 30.70 month (Months __1__ to __57__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. n/a                                       Arrearage on Petition Date $ _____
Address _____                    Arrears Payment $_____/month (Months ___ to ___)
        _____                    Arrears Payment $_____/month (Months ___ to ___)
        _____                    Regular Payment $_____/month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America, N.A. Loan No. xxxx7741 Prop Add: 9061 SW 203rd Terrace Miami, FL 33189 | Homestead Property $69,930.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a _____          Total Due $_____
                               Payable $_____/month (Months ___ to ___)

Unsecured Creditors: Pay $ 32.40 month (Months __1__ to __57__). Pay $165.00/mo (Mos 58 to 60)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:). The debtors are paying U.S. Bank Home Mortgage (Loan No. xxxx4432) directly outside the plan. The debtors will provide copies of their income tax returns to the Chapter 13 Trustee on or before May 15 during the pendency of the plan. The debtors will amend schedules I and J and Modify the plan if necessary.

/s/ Robert Sanchez, Esq.                       /s/ Robert Sanchez, Esq.
Attorney for Debtor                            Attorney for Joint Debtor
Date: 04/03/2015                               Date: 04/03/2015