UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
Jose Luis Llimpe
Saima Lodhi-Llimpe
Debtors
_____/

Case No. 10-26196-LMI
Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that a true and correct copy of the Motion to Modify, Notice of Hearing and First Modified Plan was sent via CM/ECF to Nancy Neidich, Trustee, and U.S. Mail this 3rd day of April, 2015 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ *Robert Sanchez*
    Robert Sanchez, Esq., FBN#0442161

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 10-26196-LMI<br>Southern District of Florida<br>Miami<br>Fri Apr  3 15:22:56 EDT 2015 | BAC Home Loans Servicing, LP<br>c/o Prober & Raphael<br>20750 Ventura Blvd, Ste 100<br>Woodland Hills, CA 91364-6207 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2 Ave #1120<br>Miami, FL 33131-1605 |
| U.S. Bank National Association<br>c/o Carol Lawson<br>12425 28th St N #200<br>St. Petersburg, FL 33716-1826 | Bank of America<br>4060 Ogletown Stanton Rd<br>Newark, DE 197133 | Bank of America, NA<br>c/o BAC Home Loans Servicing, LP<br>Mail Stop: CA6-919-01-23<br>BK- Dept. 400 National Way<br>Simi Valley, CA 93065 |
| Children's Anesthesia Associates, P.A.<br>PO Box 558750<br>Miami, FL  33255-8750 | Citi Cards<br>P.O. Box 6940<br>The Lakes, NV 88901-6940 | Collection Information Bureau, INc.<br>PO BOX 1467<br>Lake Worth, FL 33460-1467 |
| Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH  43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Firstsource Advantage, LLC<br>POB 628<br>Buffalo, NY 14240-0628 |
| Firstsource Financial Solutions<br>POB 025437<br>Miami, FL 33102-5437 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | HSBC<br>90 Christiana Road<br>New Castle, DE 19720-3118 |
| JC Penney<br>P.O. Box 981402<br>El Paso, TX 79998-1402 | Kidz DBA Critical Care Newborn<br>P.O.BOX 432920<br>South Miami, Fl 33243-2920 | Miami Childrens Hospital<br>PO Box 862192<br>Orlando, FL  32886-2192 |
| Norman Ruiz-Castaneda, MD,LLC<br>7800 SW 57 Ave<br>Suite 115<br>South Miami, Fl 33143-5543 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Pathology Assoc. of S. Miami<br>P.O.BOX 552320<br>Tampa, Fl 33655-0001 |
| Portfolio Investments II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Protection One<br>P.O.BOX 5714<br>Carol Stream, IL 60197-5714 | Quest Diagnostic<br>Two Wells Avenue<br>Dept 587<br>Newton, MA 02459-3225 |
| Radiology Asso Of South FLorida PA<br>2525 Ponce De Leon Blvd 4 Floor<br>Coral Gables, FL 33134-6044 | Rooms To Go<br>POB 22060<br>Tempe, AZ 85285-2060 | South Miami Hospital<br>6200 SW 73 ST<br>Miami, Fl 33143-4679 |
| US Bank Home Mortgage<br>17500 Rockside Road<br>Bedford, OH 44146-2099 | Wells Fargo Financial National Bank<br>4137 121st Street<br>Urbandale IA 50323-2310 | eCAST Settlement Corporation assignee of Cit<br>(South Dakota) NA<br>POB 29262<br>New York NY 10087-9262 |

| | | |
|---|---|---|
| Jose Luis Llimpe<br>9061 SW 203rd Terr<br>Miami, FL 33189-1858 | Nancy K. Neidich<br>www.ch13herkert.com<br>POB 279806<br>Miramar, FL 33027-9806 | Robert Sanchez Esq<br>355 W 49 St.<br>Hialeah, FL 33012-3715 |
| Saima Lodhi-Llimpe<br>9061 SW 203rd Terr<br>Miami, FL 33189-1858 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Financial Services
P.O Box 15316
Wilmington, DE 19850


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Miami

End of Label Matrix
Mailable recipients    33
Bypassed recipients     1
Total                  34