

ORDERED in the Southern District of Florida on May 26, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                          CASE NO 10-26196
IN RE:
    Jose Luis Llimpe and
    Saima Lodhi-Llimpe
               Debtor.
_____/

ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM #4

THIS CASE came before the Court on the Trustee's Objection to Claim and the Certificate of No Response and based on the record, it is

ORDERED as follows:

The Trustee's Objection to Claim #4 is sustained. Claim# 4 filed by Bank of America is stricken and disallowed.

                                      * * *
                                 Submitted by
                                 NANCY K. NEIDICH, ESQUIRE
                                 STANDING CHAPTER 13 TRUSTEE
                                 P.O. BOX 279806
                                 MIRAMAR, FL 33027
                                 (954)  443-4402

Nancy K Neidich, Esq shall serve a copy of this order on the creditor and file a certificate of service with the Clerk of the Court.